U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 30 2016

TONY R. MOORE, CLERK
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PATRICA LANDRUM | : | CIVIL ACTION NO. 2:16-cv-674 |
| VERSUS | : | JUDGE TRIMBLE |
| ASPEN AMERICAN INS. CO., ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's Motion to Remand is hereby **GRANTED** and the Motion for Attorney Fees is hereby **DENIED**.

Lake Charles, Louisiana, this 30th day of August, 2016.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE